# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:

SOULEYMANE DIALLO

    Debtor

Case No.: 16-00446-SMT

Chapter: 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Gregory Mullen and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS INC., Asset-Backed Certificates, Series 2006-21 as serviced by Shellpoint Mortgage Servicing ("Creditor"), in the above-captioned case related to the property located at 3105 Georgia Avenue NW, Washington, DC 20010 and the loan number ending XXXXXXX840 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Gregory Mullen
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
bankruptcy@bww-law.com

Dated: January 13, 2017

Respectfully Submitted,
BWW Law Group, LLC

    */s/ Gregory Mullen*
Gregory Mullen, MD Fed. Bar No. MD0020
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555, 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for Creditor*

BWW#: DC-182377

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of January, 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Bradley D. Jones, Trustee

Charles Earl Walton, Attorney

      I hereby further certify that on this 13th day of January, 2017, a copy of the foregoing Notice of Appearance was also mailed first class mail, postage prepaid, to:

Souleymane Diallo
4006 14th Street, NW
Washington, DC 20011

                                                      */s/ Gregory Mullen*
                                                    Gregory Mullen, Esq.